IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,                       2:03-cr-00546-HDM-RJJ

  vs.                                      ORDER

HENRY LEE STUCKEY,

       Defendant.
_____/

    On January 31, 2011, the United States filed a motion to withdraw without prejudice [Docket No. 82] the petition to revoke supervised release filed on January 11, 2011 [Docket No. 67].  In the motion, the United States indicates that the defendant has no objection to the motion to withdraw [Docket No. 82].  Accordingly, unless the defendant files an opposition to the motion on or before Monday, February 14, 2011, the motion will be granted.

    In addition, the United States Department of Probation and Parole has requested permission to provide the United States with a copy of the file notes relating to the incident involving the

1 defendant on January 12, 2011 mentioned in the motion to withdraw
2 [Docket No. 82].  Any opposition by the defendant to this request
3 shall be filed on or before Monday, February 14, 2011. The Clerk of
4 Court shall serve a copy of this order on the Department of
5 Probation and Parole.
6     IT IS SO ORDERED.
7     Dated this 3rd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE