# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:03-CR-000546-HDM-RJJ |
| PLAINTIFF, ) | ORDER ON |
| ) | UNITED STATES' MOTION TO |
| VS. ) | WITHDRAW WITHOUT PREJUDICE |
| ) | PETITION TO REVOKE SUPERVISED |
| ) | RELEASE |
| HENRY LEE STUCKEY, ) | |
| ) | |
| DEFENDANT. ) | |

The United States, through undersigned counsel, and with the agreement of the United States Office of Probation and Parole, respectfully moves the Court to permit withdrawal without prejudice the pending Petition to Revoke Defendant's Supervised Release. In support, the United States notes the following:

1. On March 5, 2005, Defendant was sentenced to 34 months imprisonment with 36 months supervised release to follow in connection with his conviction for Identity Theft, in violation of Title 18, United States Code, Section 1028.

2. Following service of Defendant's term of imprisonment, Defendant began supervised release. Defendant's supervised release was revoked on or about August 24, 2010. On December 3, 2010, Defendant was placed back on supervised release.

3. On January 11, 2010, with the agreement of the Office of the United States

Attorney, the United States Office of Probation and Parole filed under seal a second Petition for Revocation of Supervised Release, the basis of which includes offenses presently under federal investigation.

4. On January 12, 2011, Defendant reported to the Office of Probation and Parole as instructed by his probation officer.  Defendant was informed by his probation officer that an arrest warrant had been issued by the district court and that Defendant was to be taken into federal custody to answer the Petition.  Defendant assaulted the probation officer by pushing him into a door, fled from the office, and was subsequently apprehended by law enforcement.  Consequently, on January 19, 2011 Defendant was indicted for the offense of Assault of a Federal Officer, in violation of Title 18, United States Code, Section 111, in Nevada U.S. District Court Case Number 2:11-cr-00021-PMP-RJJ.  Defendant has been ordered detained pending trial as a risk of non-appearance and a danger to the community.

5. On January 12, 2011, the United States Office of Probation and Parole filed an Addendum to the Petition seeking revocation of supervised release based on the conduct underlying the assault indictment.

6. The hearing for revocation of Defendant's supervised release is presently scheduled for February 24, 2011.

7. The United States submits that it is in the best interest of the parties, the conservation of judicial resources, and the ends of justice that the Petition seeking Revocation of Supervised Release be withdrawn without prejudice pending the investigation and potential resolution of the matters forming the basis of the Petition.  Requiring Defendant to present a defense to the supervised release petition at this time could compromise his ability to properly defense the substantive charges, both that pending and those under investigation. Further, the United States submits that because Defendant has been detained on the Assault indictment, he does not pose a present danger to the

community and that moving forward on the Petition could compromise the integrity of an ongoing investigation and the confidentiality of informants and information related to fraudulent activity in which Defendant is believed to have engaged.

8.   For these reasons, the United States seeks the Court permission to withdraw the Petition with leave to re-file the Petition upon completion of the investigation. The undersigned has conferred with counsel for Defendant, and she has no objection to withdrawal of the Petition with leave to re-file.

DATED this the 31st day of January, 2011.

Respectfully Submitted,

DANIEL G. BOGDEN
UNITED STATES ATTORNEY

/s/ Christina M. Brown
Christina M. Brown
Assistant United States Attorney

### CERTIFICATION OF SERVICE

The undersigned certifies that she has served a copy of the foregoing to Shari Kaufman, Esq., counsel for Defendant, via electronic case filing this the 31st day of January, 2011.

/s/ Christina M. Brown
Christina M. Brown
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) PLAINTIFF, ) | 2:03-CR-000546-HDM-RJJ |
| ) VS. ) | |
| ) | **FINDINGS OF FACT AND ORDER** |
| ) HENRY LEE STUCKEY, ) | |
| ) DEFENDANT. ) | |

### FINDINGS OF FACT

Based on the Motion of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant has been charged with Assault of a Federal Officer in Nevada U.S. District Court Case Number 2:11-cr-00021-PMP-RJJ. This conduct forms, in part, the basis of the government's Petition to revoke supervised release.

2. Defendant is under investigation for additional offenses which also form the basis for revocation of supervised release. Presentation of evidence related to these offenses could compromise an ongoing investigation and cause Defendant to limit his ability to properly defend the substantive charges, both those pending and under investigation.

3. It is in the best interest of the parties, the conservation of judicial resources, and the ends of justice that the Petition seeking Revocation of Supervised

1

1  Release be withdrawn without prejudice pending the investigation and potential
2  resolution of the matters forming the basis of the Petition
3       4.    Defendant is in custody and does not object to withdraw of the Petition
4  with leave to re-file.
5       5.    Additionally, denial of this request could result in a miscarriage of justice,
6  taking into account the exercise of due diligence.

## CONCLUSIONS OF LAW

The ends of justice served are best served by granting the United States' request to withdraw the Petition to Revoke Supervised Release without prejudice and with leave to re-file.

## ORDER

**IT IS HEREBY ORDERED** that the Petition to Revoke Supervised Release is Hereby Withdrawn WITHOUT PREJUDICE.

**DATED** this ___15th___ day of ___February___ 2011.

_____
UNITED STATES DISTRICT JUDGE

2