IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,                     2:03-cr-00546-HDM-RJJ

    vs.                              ORDER

HENRY LEE STUCKEY,

        Defendant.
_____/

    On January 11, 2011, the United States filed a petition for revocation of the defendant's supervised release. [Docket No. 67] An addendum to this petition was filed on January 12, 2011. [Docket No. 71]  A revocation hearing is scheduled for March 21, 2011 at 11:45 a.m.

    On January 31, 2011, the United States filed a motion to withdraw without prejudice the petition to revoke the defendant's supervised release. [Docket No. 82]  This motion was granted in an

1  order on February 15, 2011. [Docket No. 85]  Accordingly, the
2  revocation hearing scheduled for March 21, 2011 is vacated.
3
4       IT IS SO ORDERED.
5       Dated this 17th day of February, 2011.
6
7
8       _____
9       UNITED STATES DISTRICT JUDGE

2